**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

G. Paul Marx                          Dwayne Demouchet (#362467)
Attorney at Law                       Rayburn Correctional Center
P. O. Box 82389                       27268 Hwy 21
Lafayette LA 70598-2389               Angie, LA 70426

**REHEARING ACTION: December 28, 2007**

**Docket Number: 07   00092-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DWAYNE DEMOUCHET**

**Appealed from Iberia Parish Case No. 04-1512**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Oswald A. Decuir**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dwayne Demouchet** has this day been

        **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for the Appellee
    Jeffrey J. Trosclair, Counsel for the Appellee